IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JESSIE TOMPKINS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:10-cv-1015-MEF |
| ) | WO |
| MONTGOMERY COUNTY BOARD OF ) | |
| EDUCATION, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #131) to the Recommendation of the Magistrate Judge filed on January 31, 2013 are overruled;

2. The Recommendation of the Magistrate Judge (Doc. #129) entered on January 16, 2013 is adopted;

3. The defendant's Motion for summary Judgment (Doc. #122) is GRANTED and this case is DISMISSED.

DONE this the 20th day of February, 2013.

                                        /s/ Mark E. Fuller
                                  UNITED STATES DISTRICT JUDGE